UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,   **ORDER OF REFERRAL**
15-CR-158 (RRM) (RML)

-against-

HEMRAJ NARINE,
----------------------------------------------------------X
MAUSKOPF, United States District Judge.

     The defendant, Hemraj Narine, having applied for permission to enter a plea of guilty, and having consented to have a United States Magistrate Judge hear the application, the Court respectfully refers the matter to Magistrate Judge Levy to administer the allocution pursuant to Fed. R. Crim. P. 11, and to make (a) a finding as to whether the plea is knowingly and voluntarily made and not coerced, and (b) a recommendation as to whether the plea of guilty should be accepted.

SO ORDERED.

Dated: Brooklyn, New York  _____S/RRM_____
       April 1, 2015  ROSLYNN R. MAUSKOPF
                         United States District Judge